PERKINS COMPANY *v.* SHEWMAKE & MURPHEY.

COBB, J.　1. A suit against the " C. H. Perkins Company " is not void, these words importing a corporation.　*Mattox* v. *State*, 115 *Ga.* 212 , 219 ; *Adas Yeshurun Society* v. *Fish*, 117 *Ga.* 345 ; *Holcombe* v. *Cable Co.*, 119 *Ga.* 466.

2. A petition in such a suit may be amended by alleging that the company is a partnership composed of named individuals.　*Smith* v. *Columbia Jewelry Co.*, 114 *Ga.* 691.

3. A petition in a suit against the " C. H. Perkins Company, a corporation," is amendable by striking the words " a corporation," and making an allegation that the company is a partnership composed of named individuals.　See Anglo-American Packing Co. *v.* Turner Casing Co. (Kan.), 8 Pac. 403 ; Prairie Lodge *v.* Smith, 58 Miss. 301.

*Judgment affirmed.　All the Justices concur, except Simmons, C. J., absent.*

Submitted February 18, — Decided March 3, 1904.

Attachment.　Before Judge Reid.　City court of **Atlanta.** January 9, 1903.

*J. Howell Green* and *C. D. Maddox,* for plaintiff in error.